# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 1:15-cv-02057-CMA-CBS

THE LEARNING EXPERIENCE SYSTEMS, LLC

      Plaintiff,

v.

BERNARD ALLAGESWARAN LOGANATHAN,
KATIJAH BEEVE BINTE SHAIK ALAUDEEN, and
NESTERVILLE PROPERTIES, LLC,

      Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT NESTERVILLE PROPERTIES, LLC

---

This matter comes before the Court on Plaintiff The Learning Experience, LLC and Defendant Nesterville Properties, LLC's Stipulation Regarding Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Stipulation"). (Doc. # 14.) The Court having considered the same and being duly advised in the premises:

**IT IS HEREBY ORDERED THAT** the Stipulation shall be made an Order of the Court, and Defendant Nesterville Properties, LLC, along with its agents, servants, employees, confederates, assigns, attorneys, and/or any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise be, and hereby are, pending further Order of this Court, enjoined from any attempt to convey, sell, or otherwise transfer ownership of the real property located in Douglas County, Colorado, at 23453 Painted Hills Street, Parker, Colorado 80138.

2

DATED: October 16, 2015          BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge